

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DELBERT JAMES STRENGTH, | § | No. 08-24-00104-CR |
| Appellant, | § | Appeal from the |
| v. | § | 119th District Court |
| THE STATE OF TEXAS, | § | of Runnels County, Texas |
| Appellee. | § | (TC# 7177) |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's motion to dismiss. *See* TEX. R. APP. P. 42.2(a) (allowing an appellate court to dismiss an appeal on the appellant's motion any time before it issues a decision). Appellant moves this Court to dismiss his appeal pursuant to Rule 42.2. The motion is signed by both Appellant and his counsel as required by Rule 42.2(a). As this Court has not yet issued an opinion in this case, the motion to dismiss is granted and the appeal is dismissed.

LISA J. SOTO, Justice

June 27, 2024

Before Alley, C.J., Palafox and Soto, JJ.

(Do Not Publish)